UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTI SCHMIDT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PLUMAS COUNTY, CALIFORNIA; JOHN BANKS; BILL POWERS; ROBERT A. MEACHER; WILLIAM N. DENNISON; ROSE COMSTOCK; and OLE OLSON,<br><br>　　　　　　Defendants. | 2:05-cv-01224-GEB-DAD<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

　　　　The Status (Pretrial Scheduling) Conference currently scheduled for September 19, 2005, is continued to December 12, 2005, at 9:00 a.m.  A joint status report shall be filed no later than November 28, 2005.[1]

/////

/////

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

1

1    Further, the Order to Show Cause issued August 15, 2005, is
2 discharged in light of Plaintiff's counsel's indication that a Rule 16
3 scheduling deadline will not be missed again.
4    IT IS SO ORDERED.
5 DATED: September 9, 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge